**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
SHIQIANG GAO,                              :
                    Plaintiff,             :
                                           :       18-CV-6442 (GBD) (OTW)
        -against-                          :
                                           :
A CANAAN SUSHI INC., et al.,               :
                                           :
                    Defendants.            :
                                           :
                                           :
------------------------------------------------------------x
SHIQIANG GAO,                              :
                                           :
                    Plaintiff,             :
                                           :       21-CV-6959 (GBD) (OTW)
        -against-                          :
                                           :       ORDER
A CANAAN SUSHI 168, Inc., et al.,          :
                                           :
                    Defendants.            :
                                           :
                                           :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court held a post-discovery status conference on October 12, 2022. (ECF 78).

**I.   Gao v. A Canaan Sushi Inc. et al., No. 18-cv-6442**

Defendants' anticipated motion for summary judgment is due **November 7, 2022**. Plaintiff's opposition is due **December 7, 2022**. Defendants' reply is due **December 21, 2022**.

**II.   Gao v. A Canaan 168 Inc. et al., No. 21-cv-6959**

Plaintiff's anticipated motion for default judgment is due **November 18, 2022.**

Defendants' opposition, if any, is due **December 16, 2022**. Plaintiff's reply, if any, is due **December 23, 2022**.

The parties are directed to respond to the mediator's proposal by **5:00 p.m. on October 17, 2022**, by separately emailing Chambers at Wang_NYSDChambers@nysd.uscourts.gov.

**SO ORDERED.**

Dated: October 12, 2021
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge