**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**--------------------------------------------------------X**

SHIQIANG GAO,
*on his own behalf and on behalf of others similarly*
*situated*                                                                    Case No. 21-cv-06959

                                       Plaintiffs,

                v.

A CANAAN 168 INC.
      d/b/a Canaan Sushi                                    **MOTION FOR DEFAULT**
RICKY WINATA                                                     **JUDGEMENT**
HUI QIN HE
      a/k/a Huiqin He
MIN CHEN

                               Defendants.

    **----------------------------------------------------------------x**

        Plaintiff, SHIQIANG GAO, on his own behalf and on behalf of others similarly situated

hereby request that a judgement by default be entered against Defendants A CANAAN 168 INC

d/b/a Canaan Sushi, RICKY WINATA, HUI QIN HE a/k/a Huiqin He, and MIN CHEN pursuant

to the Federal Rules of Civil Procedure, Rule 55(a). In addition, Plaintiff request that defendants

be jointly and severally liable as to plaintiff's damages and attorneys' fees and costs. In support of

his request, plaintiff relies upon the record of the case, his lawyer has submitted and a

memorandum of law which will be submitted along with his motion.

Dated: Flushing, NY
November 19, 2022

                                    Respectfully submitted,
                                    TROY LAW, PLLC

                                    /s/ John Troy_____
                                    John Troy
                                    41-25 Kissena Boulevard, Suite 110
                                    Flushing, NY 11355
                                    Tel: (718) 762-1324
                                    Fax: (718) 762-1342
                                    troylaw@troypllc.com
                                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2022, a copy of foregoing Motion with Declaration and Memorandum in Support was filed electronically and served by mail on anyone available to accept electronic filing system or by mail for anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

*/s/ John Troy*