UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x
SHIQIANG GAO, *individually and on behalf of others similarly situated*,

                          Plaintiff,

       -against-                        ORDER

A CANAAN 168 INC., (D/B/A CANAAN SUSHI),   21 Civ. 6959 (GBD) (OTW)
RICKY WINATA, HUI QIN HE, (A/K/A HUIQIN
HE), and MIN CHEN,

                          Defendants.
------------------------------------ x

This document relates to:
*Gao v. A Canaan Sushi Inc. et al*, 18-cv-06442 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

    Settlement discussions are ongoing before Magistrate Judge Ona T. Wang. Accordingly, Plaintiff's Motion for Default Judgment (ECF No. 20) is DENIED without prejudice. Plaintiff may renew their motion if the parties are unable to reach a settlement.

    The Clerk of Court is directed to close the open motion at ECF No. 20.

Dated: New York, New York
       May 5, 2023

                                             SO ORDERED.

                                             *George B. Daniels*
                                             GEORGE B. DANIELS
                                             United States District Judge