UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SHIQIANG GAO, *on behalf of himself and others similarly situated*,

                         Plaintiff,

-against-

A CANAAN 168 INC. *d/b/a* CANAAN SUSHI, RICKY WINATA, HUI QIN HE, and MIN CHEN,

                        Defendants.

------------------------------------x

ORDER

21 Civ. 6959 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

In light of Plaintiff's Notice of Voluntary Dismissal (ECF No. 35), the Clerk of the Court is directed to terminate this action.

Dated: October 28, 2024
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge